# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| In re:<br><br>David Lester Warfel, Jr. and Jeanne Marie Warfel,<br><br>Debtors.<br>-------------------------------------------------------<br><br>David Lester Warfel. Jr., Jeanne Marie Warfel,<br><br>Plaintiffs,<br><br>v.<br><br>21st Mortgage Corporation.<br><br>Defendant. | Case No. 1-20-11651-cjf<br><br><br><br><br><br>ADV Case No. 1-21-00002-cjf<br><br><br><br>**ANSWER TO PLAINTIFF'S COMPLAINT** |

---

Defendant 21st Mortgage Corporation ("21st Mortgage"), by Counsel, files its Answer and Defenses to Plaintiff's Complaint ("Complaint") as follows:

## PRELIMINARY STATEMENT

In answering the Complaint, 21st Mortgage denies any and all allegations in the headings and/or unnumbered paragraphs in the Complaint. Except as hereinafter admitted, qualified or otherwise answered, 21st Mortgage denies each and every matter, thing and allegation in Plaintiff's Complaint.

1. With respect to the allegations contained in paragraph 1, 21st Mortgage admits that to the extent Plaintiffs have properly alleged their claims, the Court may exercise its jurisdiction.

2. The allegations contained in paragraph 2 of the Complaint are legal conclusions and, as a result, no response is required.

3. With respect to the allegations contained in paragraph 3 of the Complaint, 21st Mortgage admits that Plaintiff asserts that the Complaint was filed purporting to allege a claim or claims under 11 U.S.C. § 544 to avoid the lien of 21st Mortgage.

4. 21st Mortgage admits the allegations contained in paragraph 4 of the Complaint.

5. 21st Mortgage is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5 of the Complaint.

6. 21st Mortgage admits that debtor Jeanne M. Warfel ("J. Warfel") owns a 2019 Skyline Manufactured Home (the "Manufactured Home"), and affirmatively asserts that it loaned the funds to J. Warfel to purchase the Manufactured Home. 21st Mortgage is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 6 of the Complaint

7. With respect to the allegations contained in paragraph 7 of the Complaint, 21st Mortgage admits that it filed a Proof of Claim on July 1, 2020 ("Claim No. 2"), and affirmatively asserts that the document speaks for itself.

8. With respect to the allegations contained in paragraph 8 of the Complaint, 21st Mortgage admits that it did not file a mortgage on any real property. 21st Mortgage denies the remaining allegations contained in paragraph 8.

9. The allegation contained in paragraph 9 of the Complaint is a legal conclusion and, as a result, no response is required.

10. 21st Mortgage admits that the Debtor's filed an objection to Claim No. 2.

11. With respect to the allegations contained in paragraph 11 of the Complaint, 21st Mortgage admits that it did not request a hearing on the Debtor's objection to Claim No. 2. 21st Mortgage affirmatively asserts that it did not receive proper service of the objection to Claim No. 2 pursuant to Fed. R. Bankr. P. 9014(b) and Fed. R. Bankr. P. 7004(b)(3).

12. 21st Mortgage admits that the court entered on order on November 20, 2020 which provided that Claim No. 2 be allowed as an unsecured claim only. 21st Mortgage denies the remaining allegations contained in paragraph 12 of the Complaint.

13. 21st Mortgage denies the allegation contained in paragraph 13 of the Complaint.

## **AFFIRMATIVE DEFENSES**

1. 21st Mortgage affirmatively asserts that it has a properly perfected interest in the Manufactured Home, and that the debtors have failed to state a claim upon which relief can be granted.

2. In addition, 21st Mortgage affirmatively asserts the following defenses: estoppel, fraud, illegality and laches.

WHEREFORE, 21st Mortgage seeks the following relief:

1. An order dismissing plaintiffs' claims with prejudice;

2. For its costs, disbursements and reasonable attorney's fees incurred herein; and,

3. For such other relief as the Court deems just and equitable.

**MESSERLI & KRAMER P.A.**

Dated: March 9, 2021

*s/Terri A. Running*
Terri A. Running (#238338)
1400 Fifth Street Towers
100 South Fifth Street
Minneapolis, Minnesota 55402-4218
trunning@messerlikramer.com
Telephone: (612) 672-3600
Facsimile: (612) 672-3777

**ATTORNEY FOR 21ST MORTGAGE CORPORATION**