| | | | |
|---|---|---|---|
| **03:00 PM** | 1-21-00002-cjf | Warfel, Jr. et al v. 21st Mortgage Corporation | |
| | †Ch 13 | | |
| | 1-20-11651-cjf | David Lester Warfel, Jr. and Jeanne Marie Warfel | |
| **Moving:** | George B. Goyke | (715) 849-8100 | for David Lester Warfel Jr. |
| | | | for Jeanne Marie Warfel |
| **Opposing** | Terri A. Running | 612-672-3600 | for 21st Mortgage Corporation |
| **Debtor or Plaintiff** | George B. Goyke | (715) 849-8100 | for David Lester Warfel Jr. |
| | | | for Jeanne Marie Warfel |

**Matter:** Trial on Complaint (Doc # 1)

**Judge Hearing**

<u>U.S. Bankruptcy Court for the Western District of Wisconsin</u>
<u>Court Proceeding Memo</u>

OUTCOME: Settled / Granted / Denied / Approved / Allowed / Disallowed / Sustained / Overruled / Dismissed

Order by _____ by _____ Stip. & Proposed Order by _____ by _____ [date]

Judgment by _____ by _____

____ Proposed Order previously submitted to be signed

____ Taken Under Advisement

IT IS SO ORDERED: For reasons on record, judgment granted to π and Ordered adjudged & decreed the lien of 21st Mtg Corp. is avoided under 11 USC § 544(b)(1).

Catherine J. Furay
U.S. Bankruptcy Judge

_X_ ECF
____ cc: parties in interest
____ cc: parties appearing