IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

21st MORTGAGE CORPORATION,

    Appellant,

  v.

DAVID LESTER WARFEL, JR. and
JEANNE MARIE WARFEL,

    Appellees.

Case No. 22-cv-88-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered reversing the decision of the United States Bankruptcy Court for the Western District of Wisconsin avoiding the lien of appellant 21st Mortgage Corporation and remanding this case to bankruptcy court for further proceedings.

s/ A. Dean, Deputy Clerk
Joel Turner, Clerk of Court

12/14/2022
Date