# U.S. BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN
# WWW.WIWB.USCOURTS.GOV
## Honorable Catherine J. Furay
Friday, June 23, 2023
Current as of 06/22/2023 at 11:03 AM

To be held by telephone

**Telephone Conference**

| | | | |
|---|---|---|---|
| **10:00 AM** | 1-21-00002-cjf | Warfel, Jr. et al v. 21st Mortgage Corporation | |
| | †Ch 13 | | |
| | 1-20-11651-cjf | David Lester Warfel, Jr. and Jeanne Marie Warfel | |
| **Moving:** | George B. Goyke *(LBG)* | (715) 849-8100 | for David Lester Warfel Jr. |
| | | | for Jeanne Marie Warfel |
| | | | for Mark Harring |
| **Opposing** | Terri A. Running | 612-672-3600 | for 21st Mortgage Corporation |
| **Debtor or Plaintiff Attorney:** | George B. Goyke | (715) 849-8100 | for David Lester Warfel Jr. |
| | | | for Jeanne Marie Warfel |
| | | | for Mark Harring |

**Matter:** Scheduling/status conference
Leslie Brodhead-Griffth TR

**Judge Hearing**

<u>U.S. Bankruptcy Court for the Western District of Wisconsin</u>
<u>Court Proceeding Memo</u>

JOINT PRETRIAL STATEMENT FILED: _____ [Yes/No]

SETTLED: Stip./Proposed Order by _____ by _____ [date]

SCHEDULE: TC   MSN   EAU   SUP   VIDEO   ZOOM   Date_____ Time_____

_____Standard Pretrial Order [14/7] [Yes / No]

Parties agree that _____ [hours/days] will be sufficient to hear the matter and no continuances

Discovery Deadline: _____

_____Modified Pre-Trial Order:

Exhibits:_____  Obj. to Exhibits:_____  Discovery Deadline:_____

Witnesses:_____  Motions to Limit:_____  Dispositive Motion:_____

Findings of Fact/Conclusions of Law/Brief:_____

OUTCOME: Order by _____ ____Under Advisement

____Other
        Motions: ____Dismiss ____Default Judgment ____Summary Judgment

Briefs: ~~Movant~~ Defendant 7/7/23 ~~Response~~ ∏'s 7/24/23    Issues as in Section III D2 b to e of Jt Pretrial Stmt.

Reply None

    Order on Motion: ____Granted ____Denied ____Submitted Order to be Signed

Δ wants to preserve III D2a for any appeal

____ORDER: For the reasons stated from the bench,
IT IS SO ORDERED:

/s/ Catherine J. Furay
Catherine J. Furay
U.S. Bankruptcy Judge

    _X_ ECF
    ____ cc: parties in interest
    ____ cc: parties appearing