

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WISCONSIN

## TRANSCRIPT AND AUDIO RECORDING REQUEST FORM

| **Ordering Party Information** | | | |
|---|---|---|---|
| Name | | | |
| Firm/Company Name | | | |
| Telephone Number | | Email Address | |
| **Hearing Information** | | | |
| Type of Case | | Case Number | |
| Date of Hearing | | Time of Hearing | |
| Hearing Location | | | |
| Hearing Judge | | | |
| Debtor(s) Name | | | |
| Is this transcript to be used on appeal? | ☐ YES - Appeal No. | | ☐ NO |
| **Type of Request** (*check all that apply*) | | | |
| ☐ Written Transcript | | | |
| ☐ Ordinary *(30 Days - $3.65 per page)* | | ☐ 14 Days *(Up to 14 days - $4.25 per page)* | |
| ☐ Expedite *(Up to 7 days - $4.85 per page)* | | ☐ Next Day *(Within 24 hours – $6.05 per page)* | |
| ☐ Audio Recording *(Up to 2 days - $32.00 per CD)* [Not all hearings are available on audio CD] | | | |
| **Transcription Service Provider** (*select one*) | | | |
| ☐ Access Transcripts, LLC<br><br>10110 Youngwood Lane<br>Fisher, IN  46038<br>(855) 873-2223<br>www.accesstranscripts.com | | ☐ Thompson Transcription<br><br>392 Tornga Drive<br>Ripon, CA  95366<br>(209) 552-5229<br>www.thomtrans.com | ☐ Jeannie Williams ***<br><br>(608) 921-3198<br>jmwilliamsg@gmail.com |
| *** If you are requesting a transcript for a hearing of Judge Robert D. Martin between the dates of September 1999 – September 2016, please contact Jeannie Williams (see above). | | | |