**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: August 9, 2023**

_____
Hon. Catherine J. Furay
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| *In re*:<br><br>　　DAVID LESTER WARFEL, JR.,<br>　　and JEANNE MARIE WARFEL,<br><br>　　　　　　　　Debtor. | Case Number: 20-11651-13 |

---

| | |
|---|---|
| DAVID LESTER WARFEL, JR.,<br>JEANNE MARIE WARFEL, and<br>MARK HARRING,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>21ST MORTGAGE CORPORATION,<br><br>　　　　　　　　Defendant. | Adversary Number: 21-00002 |

---

### ORDER AND JUDGMENT

The Court has today issued its decision with regard to Trustee's Complaint to Avoid Defendant 21st Mortgage Corporation's Lien Pursuant to 11 U.S.C. § 544. For the reasons stated in the Court's decision,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is GRANTED in favor of the Plaintiffs, David Lester Warfel, Jr., Jeanne Marie

Warfel, and Mark Harring, and against the Defendant, 21st Mortgage Corporation, avoiding the lien under 11 U.S.C. § 544(b)(1). Each party shall bear its own fees and costs.

###